UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

True Value Company,

        Plaintiff,

vs.

Popp Hardware, Inc.,

        Defendant.

Court File No. 07-cv-6682

**RULE 7.1 DISCLOSURE**

---

The undersigned counsel of record for True Value Company furnishes the following list in compliance with Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2:

1. True Value Company has no parent corporation; and

2. There is no publicly held corporation that owns 10% or more of this stock.

Respectfully Submitted,

Date: 11/28/07

_____
Kristine M. Boylan, Esq. (N.D.Ill. #90785470)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone No. 612.332.5300
Telefacsimile No. 612.332.9081

*Attorneys for Plaintiff True Value Company*