UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

True Value Company,

    Plaintiff,

vs.

Popp Hardware, Inc.,

    Defendant.

Court File No. 07-cv-6682

**PLAINTIFF'S NOTICE OF CLAIM INVOLVING TRADEMARKS**

---

Pursuant to Northern District of Illinois Local Rule 3.4, Plaintiff True Value Company hereby gives notice in writing that the following United States Trademarks are at issue in this suit:

United States Trademark Nos. 779,628 and 1,678,028.

Plaintiff True Value Company is a cooperative corporation organized under the laws of Delaware, with the principal place of business of 8600 West Bryn Mawr Avenue, Chicago, Illinois 60631-3505.

Defendant Popp Hardware, Inc. is a North Dakota corporation. Its principal place of business is 67 Wiley Avenue South, PO Box 428, Lidgerwood, North Dakota 58053-0428.

Respectfully Submitted,

Dated: 11/28/07

By: _____
Kristine M. Boylan (N.D. IL 90785470)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone No. 612.332.5300
Telefacsimile No. 612.332-9081

*Attorneys for Plaintiff True Value Company*