UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

True Value Company,                    Court File No. 07cv6682

        Plaintiff,

vs.

Popp Hardware, Inc.,

        Defendant.

---

## CERTIFICATE OF MAILING

      I hereby certify that a true and correct copy of the **materials describing the Court's Lanham Act mediation program** have been mailed to the following party by first class mail, postage prepaid, this 5th day of December, 2007 as follows:

John Popp
Popp Hardware
67 Wylie Avenue South
P.O. Box 428
Lidgerwood, ND  58053-0428


Date: December 5, 2007                    s/Kristine Boylan
                                                   Kristine M. Boylan