## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6682 | **DATE** | 1/16/2008 |
| **CASE TITLE** | True Value Company vs. Popp Hardware, Inc. | | |

**DOCKET ENTRY TEXT**

After a careful review of the case docket, the Court hereby enters a default against defendant Popp Hardware, Inc. for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to consider any appropriate specific default judgment. The settlement conference set for 1/24/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|